# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

UNITED STATES OF AMERICA

V.

Tyree Ladell Caldwell

| | |
|---|---|
| Case Number: | 4:11CR00211-04-JM |
| USM | 26568-009 |

**Date of Original Judgment:**     <u>May 16, 2013</u>

**Date of Previous Amended Judgment:** <u>N/A</u>
*(Use Date of Last Amended Judgment if Any)*

<u>N/A</u>
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of    ☐ the defendant    ☐ the Director of the Bureau of Prisons    **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.
     **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
         70 months **is reduced to 60 months.**

Except as provided above, all provisions of the judgment dated May 16, 2013 will remain in effect.

**IT IS SO ORDERED.**

Order Date:   <u>November 4, 2014</u>

<u>                    </u>
United States District Judge

Effective Date: <u>November 1, 2015</u>
           (If different from order date)